In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00010-CV
_____

IN RE MICHAEL DAVID BELLOW

**Original Proceeding**
**317th District Court of Jefferson County, Texas**
**Trial Cause No. C-227,217**

## MEMORANDUM OPINION

In this original proceeding for a writ of mandamus, Michael David Bellow challenges the temporary restraining order that the trial court signed in a suit for modification of conservatorship, possession, or access. The temporary restraining order expired and the trial court has signed a temporary order that is not at issue in this proceeding. *See generally* Tex. Fam. Code Ann. § 156.006 (West Supp. 2016). The mandamus petition is dismissed as moot. *In re Sierra Club*, 420 S.W.3d 153, 156–57 (Tex. App.—El Paso 2012, orig. proceeding); *Hermann Hosp. v. Thu Nga Thi Tran*, 730 S.W.2d 56, 57 (Tex. App.—Houston [14th Dist.] 1987, no writ).

1

PETITION DISMISSED.

PER CURIAM

Submitted on February 2, 2017
Opinion Delivered February 16, 2017

Before McKeithen, C.J., Kreger and Horton, JJ.